# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| P.C., et al., | ) | CASE NO. 5:18-cv-691 |
| | ) | |
| PLAINTIFFS, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER OF DISMISSAL |
| AKRON CITY SCHOOL DISTRICT BOARD OF EDUCATION, *et al.*, | ) ) | |
| | ) | |
| DEFENDANTS. | ) | |

This matter comes before the Court upon plaintiffs' stipulated dismissal entry, which the Court shall construe as a motion for dismissal under Fed. R. Civ. P. 41(a)(1)(B). (Doc. No. 45.) An action may be dismissed at the plaintiff's request by court order, upon terms that the court considers proper. Fed. R. Civ. P. 41(a)(1)(B). The Court finds that the terms set forth in plaintiffs' motion are proper, and, therefore, the motion to dismiss is GRANTED. This case is closed.

**IT IS SO ORDERED**.

Dated: November 6, 2019

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**